No. 26, Misc. GALLUP v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. Petitioner *pro se. Will Wilson,* Attorney General of Texas, and *Sam R. Wilson, Charles R. Lind* and *Linward Shivers,* Assistant Attorneys General, for respondent.

No. 28, Misc. GREEN v. MISSOURI. Supreme Court of Missouri. Certiorari denied. Petitioner *pro se. Thomas F. Eagleton,* Attorney General of Missouri, and *Howard L. McFadden,* Assistant Attorney General, for respondent.

No. 33, Misc. KASSIM v. WILKINS, WARDEN, ET AL. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Irving Galt,* Assistant Solicitor General, for respondents.

No. 36, Misc. KERSHNER v. BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied. Petitioner *pro se. C. Donald Robertson,* Attorney General of West Virginia, and *George H. Mitchell* and *Andrew J. Goodwin,* Assistant Attorneys General, for respondent.

No. 39, Misc. HALCOMB v. McGEE, CORRECTIONS DIRECTOR, ET AL. Supreme Court of California. Certiorari denied. Petitioner *pro se. Stanley Mosk,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Raymond M. Momboisse,* Deputy Attorney General, for respondents.

No. 40, Misc. WOLOCHEN v. NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. William I. Siegel* for respondent.